UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES BANUELOS,<br><br>        Plaintiff,<br><br>   v.<br><br>J. C. PENNEY CORPORATION, INC.,<br><br>        Defendant. | Case No.: C 09-0255 PVT<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

On June 9, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.

IT IS FURTHER ORDERED that the parties shall promptly contact the court's ADR department to make the appropriate arrangements for the court sponsored mediation this court has

already ordered.  The mediation shall be completed by October 30, 2009.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/15/10

Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/29/10

Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2/15/10

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3/26/10

Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 6/15/10

Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 6/28/10

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[1] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *6/9/090*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]     A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."