1  Lisa A. Villasenor, Esq.
   State Bar Number: 133984
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ LLP**
3  One California Street, Suite 1100
   San Francisco, CA 94111
4  Telephone:    (415) 217-6990
   Facsimile:    (415) 217-6999
5  lav@mmker.com

6  Attorneys for Defendant,
   J.C. PENNEY CORPORATION, INC.

7

8                    UNITED STATED DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | DOLORES BANUELOS,              ) Case No.: C 09-CV-00255 PVT
                                    )
12 |                                ) **STIPULATION AND ORDER FOR**
                        Plaintiff,  ) **DEFENSE MEDICAL**
13 |                                ) **EXAMINATION PURSUANT TO**
   | vs.                            ) **FEDERAL RULES OF CIVIL**
14 |                                ) **PROCEDURE, RULE 35**
   | J.C. PENNEY COMPANY, INC.;     )
15 | and DOES 1 to 50, inclusive,   ) **[Honorable Patricia V. Turnbull]**
                                    )
16 |                    Defendants. ) Date of Exam: December 15, 2009
                                    ) Time: 1:00 p.m.
17 |                                ) Location: Ramon Jimenez, M.D.
                                    ) 71 Corral de Tierra Rd.
18 |                                ) Salinas, CA 93908

19                              **STIPULATION**

20       IT IS HEREBY STIPULATED, by and between the parties, through their counsel, that:

21       1.      Plaintiff, DOLORES BANUELOS, will submit to a defense medical examination

22 regarding her claimed physical injuries, pursuant to Federal Rules of Civil Procedure, Rules 26 and

23 35, under the conditions set forth below. The purpose of this examination is to determine the extent

24 of plaintiff DOLORES BANUELOS's physical injuries, if any, that plaintiff alleges she sustained

25 due to the incident that is the subject of this lawsuit.

26  ///

27  ///

28  ///

-1-
D:\docsdata\lav\Banuelos v. J.C. Penney\Discovery\Stip.Order.Def.Med.Exam.wpd
STIPULATION AND ORDER FOR PHYSICAL EXAMINATION OF PLAINTIFF DOLORES BANUELOS

1    2.   The examination will be conducted by: Ramon Jimenez, M.D.
2         At: 71 Corral de Tierra Rd., Salinas, CA 93908
3         Date: December 15, 2009; Time: 1:00 a.m./p.m.
4    3.   The examination will or may consist of a clinical examination of the plaintiff,
with a focus on current as well as past, physical condition, level of functioning and medication, tests, oral questions, and other such necessary procedures, none of which will be painful, protracted or intrusive, will also be administered. All testing and examinations will be performed by Dr. Jimenez. The testing will include a physical examination, all of which should take no more than three hours, with breaks as necessary. If prior medical records exist for the claimed injuries, they are to be made available to Dr. Jimenez pursuant to Rules 26 and 35.

4.   Plaintiff will answer all proper questions about her claimed injuries and medical history submitted to her by Dr. Jimenez, including occupational history and prior medical and physical health conditions for the purpose of making a proper diagnosis of plaintiff's condition.

5.   Defendant shall bear the costs of the examination.

6.   Defendant shall provide and bear the costs of a certified Spanish language interpreter during the exam.

7.   Plaintiff shall respond as required by Federal Rules of Civil Procedure, Rules 26 and 35.

Dated: November 23, 2009

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

*[signature]*

By:_____
Lisa A. Villasenor
Attorneys for Defendant,
J.C. PENNEY CORPORATION, INC.

Dated: November 24, 2009

THE MITCHELL LAW FIRM

By: *[signature]*
Tab Mitchell
Attorneys for Plaintiff,
DOLORES BANUELOS

-2-
C:\Documents and Settings\USER\Local Settings\Temp\Stip.Order.Def.Med.Exam.wpd
STIPULATION AND ORDER FOR PHYSICAL EXAMINATION OF PLAINTIFF DOLORES BANUELOS

## ORDER

**IT IS HEREBY ORDERED,**

1. That plaintiff, DOLORES BANUELOS, will submit to a defense medical examination regarding her claimed physical injuries, pursuant to Federal Rules of Civil Procedure, Rules 26 and 35, under the conditions set forth below. The purpose of this examination is to determine the extent of physical injuries, if any, that plaintiff alleges she sustained during the incident that is the subject of this lawsuit.

2. That the examination be conducted by Dr. Jimenez, M.D. who is located at 71 Corral de Tierra Rd., Salinas, CA 93908. Dr. Jimenez's office telephone number is 831-643-9788.

3. That the examination will or may consist of a clinical examination, detailed medical history and evaluation of the current as well as past, physical condition, level of functioning and medication, tests, oral questions, and other such necessary procedures, none of which will be painful, protracted or intrusive, will also be administered. All testing and examinations will be performed by Dr. Jimenez. The testing will include a physical examination, all of which should take no more than three hours, with breaks as necessary. If prior medical records exist for the claimed injuries, they are to be made available to Dr. Jimenez pursuant to Rules 26 and 35.

4. That plaintiff will answer all proper questions about her claimed injuries and medical history submitted to her by Dr. Jimenez, including occupational history and prior medical and physical health conditions for the purpose of making a proper diagnosis of plaintiff's condition.

5. That defendant shall bear the costs of the examination.

6. That defendant shall provide and bear the costs of a certified Spanish language interpreter during the exam.

7. That plaintiff will respond as required by Federal Rules of Civil Procedure, Rules 26 and 35.

Dated: 12/15/09

*Patricia V. Trumbull*

Honorable Patricia V. Turnbull