1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11

12   DOLORES BANUELOS,                    )      Case No.: C 09-0255 PVT
                                          )
13                Plaintiff,              )      **ORDER VACATING TRIAL AND PRETRIAL**
                                          )      **CONFERENCE DATES; SETTING BRIEFING**
14        v.                              )      **AND HEARING SCHEDULE FOR**
                                          )      **DEFENDANT'S MOTION FOR SUMMARY**
15   J. C. PENNEY CORPORATION, INC.,      )      **JUDGMENT; AND WITHDRAWING**
                                          )      **REFERENCE TO MEDIATION**
16                Defendant.              )
     _____ )
17

18        On April 27, 2010, Defendant filed an untimely Motion for Summary Judgment.  Pursuant to

19   Federal Rules of Civil Procedure 56(c)(1)(A), "a party may move for summary judgment at any time

20   until 30 days after the close of all discovery."  Fact Discovery in this case closed on January 15, 2010

21   and Expert Discovery closed on March 26, 2010.  Thus, any motion for summary judgment should

22   have been filed no later than April 26, 2010 (30 days would have run on April 25, 2010, which was a

23   Sunday, so the deadline was the following business day).  Because Defendant's motion was

24   untimely, Plaintiff was under no obligation to file any opposition.  However, having reviewed the

25   moving papers and the file herein, and in light of the fact Defendant's motion was only one day late,

26   the court finds it appropriate to vacate the trial and pretrial dates, excuse the late filing of the motion,

27   and schedule briefing and hearing dates for the motion.  Therefore,

28        IT IS HEREBY ORDERED that the previously set trial and pretrial dates are hereby

1   VACATED.

2   IT IS FURTHER ORDERED that, no later than June 15, 2010, Plaintiff shall file either a

3   written opposition to Defendant's motion for summary judgment, or else a statement of non-

4   opposition.  *See*, CIVIL L.R. 7-3(a) & (b).

5   IT IS FURTHER ORDERED that Defendant may file a reply no later than June 22, 2010.

6   IT IS FURTHER ORDERED that the motion will be heard at 10:00 a.m. on June 29, 2010 in

7   courtroom 5 of this court.

8   IT IS FURTHER ORDERED that the reference of this case to the court's mediation program

9   is WITHDRAWN, because the court's ADR department reports that it has not been able to schedule

10  any mediation due to Plaintiff's lack of response to their communications.  In the event the parties

11  believe a settlement conference would be beneficial, they may file a stipulation requesting reference

12  to a Magistrate Judge for a settlement conference.

13  Dated:  *5/19/10*

14  *Patricia V. Trumbull*
    PATRICIA V. TRUMBULL
15  United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   ***Counsel automatically notified of this filing via the court' s Electronic Case Filing system.***

3

4   copies mailed on   *5/19/10*            to:

5   Dolores Banuelos
    1574 Falcon Drive
6   Apartment #4
    Salinas, CA 93905

7

8                                           */s/  Donna Kirchner               for*
                                            MARTHA BROWN
9                                           Courtroom Deputy

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28