UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES BANUELOS,<br><br>        Plaintiff,<br><br>  v.<br><br>J. C. PENNEY CORPORATION, INC.,<br><br>        Defendant. | Case No.: C 09-0255 PVT<br><br>**ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND**<br><br>**ORDER PLAINTIFF'S COUNSEL'S PURPORTED "SUBSTITUTION OF ATTORNEY" IS DEEMED INOPERATIVE ABSENT LEAVE OF COURT TO WITHDRAW** |

On May 20, 2010, Plaintiff filed a request for additional time to respond to Defendant's motion for Summary Judgment. In her request, Plaintiff states that her attorney "made me sign the papers so that he would not be my attorney." On February 5, 2010, Plaintiff's counsel had filed a purported "Substitution of Attorney," which bears Plaintiff's signature over the statement, in English, that "I consent to this substitution."[1] He failed, however, to file any motion to withdraw as counsel, and no order has issued allowing him to withdraw as counsel. *See*, CIVIL L.R. 11-5(a) ("Counsel may not withdraw from an action until relieved by order of Court.. ."). From Plaintiff's May 20th request, it appears that she did not truly consent to the "Substitution of Attorney." Based on the file herein,

---

[1] The court was previously informed in a report from its ADR department that Plaintiff does not speak English.

ORDER, *page 1*

IT IS HEREBY ORDERED that the deadline for Plaintiff to respond to Defendant's motion for summary judgment is extended to July 13, 2010.  Defendant's deadline for filing a reply is extended to July 20, 2010.  The hearing on the motion is CONTINUED to 10:00 a.m. on July 27, 2010.

IT IS FURTHER ORDERED that Plaintiff's counsel's purported "Substitution of Attorney" is deemed inoperative until such time as Plaintiff's counsel obtains leave of court to withdraw as counsel of record.  If Plaintiff's counsel wishes to file a motion to withdraw as counsel, he shall file the motion no later than June 1, 2010, for hearing at 10:00 a.m. on June 15, 2010 in Courtroom 5 of this court.  Plaintiff's counsel serve a copy of the motion papers on Plaintiff, along with a Spanish language translation, by Express Mail.  Plaintiff may either file a written opposition to her attorney's motion to withdraw by June 11, 2010, or may appear at the hearing on June 15, 2010 (along with someone who can interpret for her).

Dated:  *5/21/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2  *Counsel automatically notified of this filing via the court's Electronic Case Filing system.*
3
4  copies mailed on   *5/21/10*        to:
5  Dolores Banuelos
   1574 Falcon Drive
6  Apartment #4
   Salinas, CA 93905
7
   Tab Mitchell   (by fax & mail)
8  The Mitchell Law Firm
   321 First St., 2nd Fl.
9  Hollister, CA 95023-3712
   Fax: 831-636-6101
10
11                                              /s/   Donna Kirchner               for
                                                MARTHA BROWN
12                                              Courtroom Deputy
13
...
28