UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES BANUELOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. C. PENNEY CORPORATION, INC.,<br><br>　　　　Defendant. | Case No.: C 09-0255 PVT<br><br>**ORDER S**TAYING TO **A**LLOW **P**ARTIES TO **F**INALIZE **T**HEIR **S**ETTLEMENT |

On June 15, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull for hearing on Plaintiff's Counsel's Motion to Withdraw as Attorney of Record. At the hearing, the parties reported that the case had tentatively settled. The court briefly adjourned the hearing to allow the parties time to confer, after which the parties reported the case had settled and put the terms on the record. Plaintiff's counsel then withdrew his motion. Based on the discussions at the hearing,

IT IS HEREBY ORDERED that this case is STAYED for 60 days to allow the parties time to finalize their settlement.

IT IS FURTHER ORDERED that, in the event no stipulated dismissal is filed within 60 days, the parties shall appear at 2:00 p.m. on August 31, 2010 for a status conference. In that event, the parties shall file a joint or separate status conference statements no later than August 24, 2010.

Dated: *6/15/10*

　　　　　　　　　　　　　　　　　　　*/s/ Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*