Tab Mitchell
The Mitchell Law Firm
501 San Benito Street, Third Floor
Hollister, CA 95023
Phone: (831) 636-6100
Fax:    (831) 636-6101
E-mail: TabMLF@sbcglobal.net

Attorneys for Plaintiff,
DOLORES BANUELOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES BANUELOS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC.;<br>and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No.: C 09-CV-00255 PVT<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　The parties in the above-entitled action have a settlement resolving all the causes of action against J.C. PENNEY CORPORATION, INC. (Erroneously sued and served as "J.C. PENNEY COMPANY, INC."). The parties have prepared and executed a Settlement Agreement and Release reciting the terms of the settlement. Defendant will tender the agreed upon settlement funds within fourteen (14) days.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
D:\docsdata\lav\01 LAV SETTLED\Banuelos v. J.C. Penney\Pleadings\Ntc.of.Settlement.wpd
NOTICE OF SETTLEMENT AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION

1 | Plaintiff respectfully requests that future dates in this action be vacated from the Court's
2 | calendar, and that this Court dismiss the entire action with prejudice.

4 | Dated: June 22, 2010                    **THE MITCHELL LAW FIRM**

6 |                                         By: _/s/ Tab Mitchell_
                                             Tab Mitchell
7 |                                          Attorneys for Plaintiff,
                                             DOLORES BANUELOS

12 | **IT IS SO ORDERED:**

14 | Dated: June 23, 2010                   By: _/s/ Patricia V. Trumbull_
                                             Magistrate Judge
15 |                                         United States District Court